UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | | |
|---|---|---|
| Yvonne Nelson, | ) C/A No. 4:11-03367-TER | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| Commissioner of Social Security Administration, | ) | |
| | ) | ORDER |
| Defendant. | ) | |

This matter is before the court upon a document filed by Plaintiff on August 10, 2012, which has been docketed as a motion. (Doc. #52). In this motion, Plaintiff requests a "subpoena to emerge all cases" into the municipal court in the City of Myrtle Beach. This portion of the motion is DENIED. This case has been brought pursuant to 42 U.S.C. 405(g) giving this court exclusive jurisdiction of the case. Furthermore, as Plaintiff is seeking a "transfer" of this case to state municipal court, the request is improper.

Second, Plaintiff requests that all documents be sealed from the public and all attorneys. This portion of the motion is DENIED. Plaintiff has not indicated which records, or any portion of any record, should be sealed or why sealing may be appropriate. Clearly, no good cause has been shown. See Fed. R. Civ. P. 5.2.

AND IT IS SO ORDERED.

s/Thomas E. Rogers, III
Thomas E. Rogers, III
United Sates Magistrate Judge

November 7, 2012
Florence, South Carolina